UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE COMBINED WORLD TRADE CENTER  :   **ORDER**
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION                         :   21 MC 103 (AKH)
                                   :
                                   :
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/13

ALVIN K. HELLERSTEIN, U.S.D.J.:

This master docket was created for those plaintiffs whose allegations straddled the allegations in master dockets 21 MC 100 and 21 MC 102, because they performed work at the World Trade Center site and at other sites. The cases in master docket 21 MC 100, which covers those who performed work at the World Trade Center, have all settled or been dismissed. Accordingly, the cases currently on this master docket should either be dismissed or transferred into master docket 21 MC 102, which covers the claims of those who performed work at other sites.

A list of the "103" cases is attached. Counsel for these plaintiffs are ordered to submit to the Court, by noon Thursday October 17, 2013, a letter addressing whether their case should be dismissed or transferred to the "102" docket. Failure to respond timely will be cause for dismissal of their case.

SO ORDERED.

Dated:   September 27, 2013
         New York, New York

                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PENDING CIVIL CASES RELATED TO 21-MC-103

| CASE NUMBER | SHORT TITLE | DATE FILED |
|---|---|---|
| 1:2005-cv-01705-AKH | Smith v. Silverstein Properties et al | 2/4/2005 |
| 1:2005-cv-04081-AKH | Urso v. 1 World Trade Center, LLC et al | 4/22/2005 |
| 1:2006-cv-07304-AKH | Galvin v. 1 World Trade Center L.L.C et al | 9/18/2006 |
| 1:2006-cv-09075-AKH | Hanberry et al v. 1 World Trade Center, L.L.C. et al | 10/12/2006 |
| 1:2006-cv-12591-AKH | Urquhart v. 1 World Trade Center, L.L.C. et al | 10/20/2006 |
| 1:2006-cv-14119-AKH | Schoffel v. 1 World Trade Center, L.L.C. et al | 11/28/2006 |
| 1:2006-cv-14488-AKH | Basile et al v. 1 World Trade Center, L.L.C. et al | 12/8/2006 |
| 1:2006-cv-14689-AKH | Glancy v. 1 World Trade Center, L.L.C. et al | 12/8/2006 |
| 1:2007-cv-08968-AKH | Martin v. A Russo Wrecking et al | 10/5/2007 |
| 1:2008-cv-01657-AKH | Muqaddim v. Tully Construction Co., Inc. et al | 2/19/2008 |
| 1:2008-cv-02281-AKH | Lopez v. A Russo Wrecking, Inc. et al | 2/26/2008 |
| 1:2008-cv-02304-AKH | Ramirez et al v. 7 World Trade Company, L.P. et al | 2/26/2008 |
| 1:2008-cv-05157-AKH | Stanford et al v. 7 World Trade Company, L.P. et al | 6/4/2008 |
| 1:2008-cv-09720-AKH | Espinoza v. Abatement Professionals et al | 11/12/2008 |
| 1:2009-cv-05233-AKH | Kacperski et al v. 111 Wall Street LLC et al | 6/4/2009 |
| 1:2010-cv-01372-AKH | Chapman et al v. AMEC Construction Management Inc. et al | 2/19/2010 |
| 1:2010-cv-06882-AKH | Kowalewski v. 100 Church LLC et al | 9/13/2010 |
| 1:2010-cv-06900-AKH | Perzynska v. The City of New York et al | 9/14/2010 |
| 1:2010-cv-06902-AKH | Espinoza v. The Battery Park City Authority et al | 9/14/2010 |
| 1:2010-cv-06903-AKH | Galazka et al v. The City of New York et al | 9/14/2010 |
| 1:2010-cv-06906-AKH | Kacperski et al v. The Battery Park City Authority et al | 9/14/2010 |
| 1:2010-cv-06907-AKH | Cardenas et al v. Battery Park City Authority et al | 9/14/2010 |
| 1:2010-cv-06908-AKH | Chapman et al v. The City of New York | 9/14/2010 |
| 1:2010-cv-06926-AKH | Acosta v. Battery Park City Authority et al | 9/14/2010 |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PENDING CIVIL CASES RELATED TO 21-MC-103

| CASE NUMBER | SHORT TITLE | DATE FILED |
|---|---|---|
| 1:2012-cv-03206-AKH | Venegas et al v. 3M Company et al | 4/23/2012 |
| | | |
| | TOTAL | 25 |