UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | CASE NO. | 21 MC 102 (AKH) 21 MC 103 (AKH) |
|---|---|---|

## [PROPOSED] AMENDED ORDER REGULATING DISCOVERY AND TRIALS OF GROUP I AND GROUP II SELECTED CASES

ALVIN K. HELLERSTEIN, US.D.J.:

PLEASE TAKE NOTICE that the following revised deadlines are hereby made applicable for Group I and Group II Plaintiffs in these proceedings:

| 21 MC 102 CASE MANAGEMENT NOTICE (Discovery and Trials of Group I and II Selected Cases) ||
|---|---|
| January 30, 2014 | Completion of fact discovery for Group I & Group II cases. Fact Discovery includes treating physicians as well as non-party witnesses, contractors, and employers |
| March 6, 2014 | Of the thirty-eight (38) total cases selected for Group I & Group II, fifteen (15) cases will be chosen to proceed to trial. Plaintiffs, then Defendants, then the Court will each choose five (5) cases to comprise this Trial Group. |
| March 20, 2014 | Plaintiffs and Defendants disclose Experts' names and CVs. |
| April 3, 2014 | Court shall notify the parties of the sequence of trials of the fifteen selected cases for the Trial Group |
| April 10, 2014 | Plaintiffs serve Expert Reports |
| May 29, 2014 | Defendants serve Expert Reports |
| June 12, 2014 | Parties submit Dispositive Motions (non-Daubert) |
| June 16, 2014 | Expert Depositions to commence |
| July 24, 2014 | Parties submit Opposition Papers to Dispositive Motions (non-Daubert) |
| July 28, 2014 | Expert Depositions to conclude |
| August 7, 2014 | Parties submit reply Papers to Dispositive Motions (non-Daubert) |
| August 15, 2014 | Oral Arguments on Dispositive Motions (non-Daubert) |
| September 1, 2014 | Parties submit Daubert and related Summary Judgment Motions |
| October 6, 2014 | Parties submit Opposition to Daubert and related Summary Judgment Motions |
| October 20, 2014 | Parties submit Reply briefs to Daubert and related Summary Judgment |

|                    | Motions                       |
|--------------------|-------------------------------|
| October 27, 28, 29 | Daubert Hearings              |
| November 7, 2014   | Pretrial Conference and Order |
| November 21, 2014  | Trial Commences               |

SO ORDERED: Nov. 6, 2013
Dated: ~~October~~ 2013
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge