DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE COMBINED WORLD TRADE CENTER  :  **ORDER REGARDING**
AND LOWER MANHATTAN DISASTER SITE  :  **NOVEMBER 18, 2013**
LITIGATION                         :  **HEARING**
                                   :  21 MC 103 (AKH)
                                   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Gregory J. Cannata & Associates, counsel for various plaintiffs, has requested that I adjourn or cancel the November 18, 2013 case scheduled in this master docket. That request is denied.

    Counsel for the various Tishman entities in the following cases:

    Urso v. 1 World Trade Center, LLC et al, 05-cv-4081-AKH

    Espinoza v. Abatement Professionals et al, 08-cv-9720-AKH

    Kacperski et al v. 111 Wall Street LLC et al, 09-cv-5233-AKH

    Perzynska v. The City of New York et al, 10-cv-6900-AKH

    Espinoza v. Battery Park City Authority et al, 10-cv-6902-AKH

    Acosta v. Tribeca Landing L.L.C. et al, 06-cv-5335-AKH

    Cardenas et al v. 233 Broadway Owners, LLC et al, 09-cv-681-AKH

    Czerwinski v. 2 Broadway LLC et al, 08-cv-6805-AKH

    Galazka et al v. New Liberty Plaza L.P. et al, 06-cv-5343-AKH

    Perzynska v. Brookfield Properties Corporation et al, 06-cv-5345-AKH

    Zalewski v. The Bank of New York Company, Inc. et al, 06-cv-1524-AKH

    Zalewski v. 1 World Trade Center LLC et al, 06-cv-1525-AKH

and counsel for Survivair in the following cases:

    Urso v. 1 World Trade Center, LLC et al, 05-cv-4081-AKH

Espinoza v. Abatement Professionals et al, 08-cv-9720-AKH

Kacperski et al v. 111 Wall Street LLC et al, 09-cv-5233-AKH

Perzynska v. The City of New York et al, 10-cv-6900-AKH

Espinoza v. Battery Park City Authority et al, 10-cv-6902-AKH

Cardenas et al v. 233 Broadway Owners, LLC et al, 09-cv-681-AKH

Czerwinski v. 2 Broadway LLC et al, 08-cv-6805-AKH

Galazka et al v. New Liberty Plaza L.P. et al, 06-cv-5343-AKH

Perzynska v. Brookfield Properties Corporation et al, 06-cv-5345-AKH

, along with counsel for the several plaintiffs, shall attend the scheduled status conference on November 18, 2013, at 4.00pm, to confirm the status of these cases and to set trial dates.

SO ORDERED.

Dated:   November 13 2013
         New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge