```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/13
```



November 25, 2013

**Michael A. Savino**
Direct Phone   212-509-1233
Direct Fax      646-461-2045
msavino@cozen.com

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   In Re Combined World Trade Center and Lower Manhattan Disaster Site Litigation
      21 MC 103 (AKH)

Dear Judge Hellerstein:

This office represents the interests of defendants Tishman Construction Corporation of New York; Tishman Construction Corporation of Manhattan and Tishman Interiors Corporation ("Tishman entities"). Please accept this joint submission on behalf of Robert Grochow, Esq., counsel for certain plaintiffs in this litigation, and the Tishman entities.

Pursuant to the Status Conference Order dated November 20, 2013, Mr. Grochow and I were to submit a Stipulation signed by Plaintiffs' Liaison Counsel, counsel for the Tishman entities and Defense Liaison Counsel settling the claims against the Tishman entities relating to work performed at the World Trade Center. Both parties have agreed to a settlement in principal, however, we respectfully request additional time to submit the Stipulation and Settlement Agreement to the Court, in order to allow the Tishman entities to approve and execute the Settlement Agreement. We respectfully request that the Stipulation and Settlement Agreement be submitted by December 3, 2013.

Respectfully,

GREGORY J. CANNATA & ASSOCIATES

BY:   Robert A. Grochow, Esq.

COZEN O'CONNOR

By:   Michael A. Savino

*So ordered
11-25-13*

45 Broadway   16th Floor New York, NY 10006
212.509.9400   800.437.7040   212.509.9492 Fax   cozen.com