**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| EDWARD S MOLLAHAN, AS EXECUTOR OF ROBERT MOLLAHAN, Plaintiff(s), -against- 90 CHURCH STREET LIMITED PARTNERSHIP, et al. Defendant(s). | 21 MC 103 (AKH)<br>07-CV-05018 (AKH) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/19

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims by Plaintiff(s) against the "Deutsche Bank Entities," which include: Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company), Bankers Trust Company (now known as Deutsche Bank Trust Company Americas), Deutsche Bank Trust Corporation (formerly known as Bankers Trust Corporation and Bankers Trust New York Corporation), Bankers Trust Corporation (now known as Deutsche Bank Trust Corporation), Bankers Trust New York Corporation (now known as Deutsche Bank Trust Corporation), DB Private Clients Corp. (formerly known as BT Private Clients Corp.), BT Private Clients Corp. (now known as DB Private Clients Corp.), and "Deutsche Bank Trust Company," a non-existent company named as a defendant by Plaintiff(s); and Tishman Interiors Corporation; Tully Construction Co., Inc.; and Tully Industries, arising out of or relating in any way to include all conduct, including, but not limited to, the debris handling, clean up, volunteer work, rescue/recovery operations, destruction or removal of documents and other physical objects,

scanning and preservation of documents and other physical objects, testing, evaluation, abatement, remediation, construction, deconstruction, excavation and demolition operations, at the premises located at 130 Liberty Street in New York, New York, on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and

2. The dismissal is without costs.

Date: New York, New York
August 8, 2018

Worby Groner Edelman & Napoli Bern, LLP

By:____________________

Paul Napoli
Christopher R. LoPalo
350 5th Avenue, Suite 7413
New York, NY 10118
Main: 212.267.3700
Facsimile: 212.587.0031
E-mail: clopalo@napolibern.com

*Counsel to Plaintiff(s)*

Day Pitney LLP

By: Benjamin E. Haglund

Benjamin E. Haglund
One Jefferson Road
Parsippany, NJ 07054
Main: 973.966.6300
Facsimile: 973.206.6546
E-mail: bhaglund@daypitney.com

*Counsel to the Deutsche Bank Entities*

Cozen O'Connor

By:____________________

Michael A. Savino, Esq.
45 Broadway, 16th Fl.
New York, New York 10006
Main: 212.509.9400
Facsimile: 212.509.9492
E-mail: msavino@cozen.com

*Counsel for Tishman Interiors Corporation*

Mound Cotton Wolan & Greengrass

By: Mark J Weber. Esq.

Mark J. Weber, Esq.
One New York Plaza
New York, New York 10004
Main: 212.804.4200
Facsimile: 212.344.8066
E-mail: mweber@moundcotton.com

*Counsel for Tully Industries and Counsel for Tully Construction Co. Inc.*

Alvin K. Hellerstein

6/3/19