```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
                                                              :   ORDER
                                                              :
IN RE COMBINED WORLD TRADE CENTER                             :   21-mc-103 (AKH)
AND LOWER MANHATTAN DISASTER SITE                             :
LITIGATION (STRADDLER PLAINTIFFS).                            :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Several motions in the above-captioned case are marked as open but have been resolved. The most recent of the motions was filed more than ten years ago, on March 9, 2012.

Additionally, the case is marked as stayed. However, my orders staying the case only did so until appeals were resolved. Such appeals are resolved and the last mandate issued on September 12, 2014. *See* ECF No. 1245.

Accordingly, the Clerk shall no longer designate this case as stayed and shall terminate ECF Nos. 86, 1104, 1128, 1139, and 1147.

SO ORDERED.

Dated:  April 21, 2022                      _____/s/_____
        New York, New York                  ALVIN K. HELLERSTEIN
                                            United States District Judge